**Dismissed and Memorandum Opinion filed October 20, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00367-CV

---

## JOHN R. SOARD, Appellant

### V.

## MARY PAGE, Appellee

---

### On Appeal from the 11th District Court
### Harris County, Texas
### Trial Court Cause No. 2013-53675

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 5, 2015. The clerk's record was filed June 25, 2015. No reporter's record or brief was filed.

On August 25, 2015, this court issued an order stating that unless appellant submitted a brief on or before September 24, 2015, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Jamison, McCally, and Wise.